# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:12-cr-301-T-26MAP

SHAWN L. SUTTER

_____/

## O R D E R

Upon due consideration of the parties' written submissions, including the affidavit of Special Agent Gregory Cowles attached to the Government's Response in Opposition, it is ordered and adjudged that the Defendant's Motion For Release of Administrative D.E.A. Hold (and Return of Property) (Dkt. 260) is denied.

**DONE AND ORDERED** at Tampa, Florida, on July 9, 2014.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
Shawn L. Sutter, *pro se*