UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


UNITED STATES OF AMERICA

v.  CASE NO. 8:12-cr-301-T-26MAP

SHAWN SUTTER
_____/

# O R D E R

**PENDING BEFORE THE COURT** for resolution is the Defendant's Motion Requesting the Court to Reassign this Case due to the Court Recusing Itself filed at docket 323. Because the Court *reluctantly* recused itself in the related proceeding brought by the Defendant pursuant to 28 U.S.C. § 2255 in case number 8:14-cv-939,[1] the Court is constrained to take the same action in this case. **ACCORDINGLY**, the motion is **granted.** The Clerk is directed to reassign this case to another district judge of the Tampa Division pursuant to the Clerk's blind rotation for the assignment of cases.

**DONE AND ORDERED** at Tampa, Florida, on April 26, 2017.

      s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
Shawn Sutter, *pro se*

---

[1] See order of recusal entered at docket 50.